# AFFIDAVIT OF KATHRYN E. WILLSON

# DEPUTY US MARSHAL

# UNITED STATES MARSHALS SERVICE

I, Kathryn E. Willson, being duly sworn, depose and state that:

## INTRODUCTION

1. I am a graduate of the Federal Law Enforcement Training Academy Criminal Investigator Training Program. I am also a graduate of the United States Marshals Service Basic Deputy Training Program. I have been employed by the U.S. Marshals as a Deputy U.S. Marshal for approximately two years. During my career in law enforcement I have worked as a fugitive investigator and as a criminal investigator. Currently, I am assigned to assist the U.S. Marshals Service, Alaska Fugitive Task Force to locate and apprehend fugitives, including local, state, federal, and Bureau of Prisons Escaped Federal Prisoners.

2. On 28 February 2012, Andrea Lavelle VICKERS was sentenced by the Honorable H. Russel Holland to the custody of the Federal Bureau of Prison for a term of 33 months with 3 years of supervised release to follow for a conviction of Felon in Possession of a Firearm.

3. Pursuant to the Federal Bureau of Prisons contract with the Cordova Center, on 22 November 2013, VICKERS was transferred from FCI Marianna, Florida to the GEO Care Cordova Center in Anchorage, Alaska. VICKERS was scheduled to be released on 16 May 2014 on Good Conduct Time Release.

4. On 04 January 2014, at approximately 1700 hours VICKERS attempted to sign out of the Cordova Center for work but was informed by staff he was not allowed, as his conditions of work release schedule did not allow it. The work schedule Cordova Center staff obtained reflected that VICKERS was allowed to leave the center at 0700 for work. VICKERS proceeded to leave the facility without consent from staff. Staff member Lupe McGhee, Federal Resident Monitor, witnessed VICKERS running up the hill away from the facility. Per the Federal Bureau of Prisons VICKERS was placed on escape status as of 1747 hours Alaska Time on 04 January 2014. At this time VICKERS location is unknown.

5. The Federal Bureau of Prisons currently has a contract with the Cordova Center to house federal inmates as a condition of pre-release. Thus, when inmates are being housed at the

1

Cordova Center, they are still within the custody of The Federal Bureau of Prisons.

/s/ Signature Redacted

Kathryn E. Willson
Deputy US Marshal
United States Marshals Service

SUBSCRIBED AND SWORN TO before me this 16th day of January 2014, at Anchorage, Alaska.

/s/John D. Roberts, USMJ
Signature Redacted

United States Magistrate Judge

2

Case 3:14-mj-00014-JDR   Document 1-1   Filed 01/10/14   Page 2 of 2